United States Courts
Southern District of Texas
FILED

AUG 21 2025

Nathan Ochsner, Clerk of Court

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| | ) | |
| SUNNOVA ENERGY INTERNATIONAL INC., | ) | Case No. 25-90160 (APR) |
| et al., | ) | |
| Debtors, | ) | (Jointly Administered) |
| | ) | |
| | ) | |
| Jose Romero, | ) | |
| | ) | |
| Plaintiff, | ) | Adv. Pro. No 25-03606 (ARP) |
| | ) | |
| v. | ) | |
| | ) | |
| Sunnova Energy International Inc., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**MOTION TO ENJOIN FURTHER WITHDRAWALS**
**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

Jose Romero, pro se Plaintiff in the above-captioned adversary proceeding, respectfully moves this Court for entry of an order enjoining Sunnova Energy International Inc. ("Sunnova") from initiating or continuing automatic withdrawals from Plaintiff's bank account for a nonfunctional solar energy system. This motion is made pursuant to 11 U.S.C. § 105(a) and the Court's equitable powers.

## I. JURISDICTION AND LEGAL BASIS

This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper under 28 U.S.C. § 1409. This is a core proceeding under 28 U.S.C. §

157(b)(2)(A) and (O). Relief is sought under 11 U.S.C. § 105(a), which authorizes the Court to issue any order necessary to carry out the provisions of the Bankruptcy Code.

## II. STATEMENT OF FACTS

1.     Plaintiff is a residential customer of Sunnova under a solar energy contract executed in 2022.

2.     The solar system installed at Plaintiff's residence has been nonfunctional since 2022, and has never delivered usable energy.

3.     Despite this, Sunnova has continued to withdraw monthly payments from Plaintiff's bank account for over two years.

4.     Plaintiff has also paid for traditional electric service during this time, resulting in double utility costs.

5.     Plaintiff has filed a Proof of Claim and an Adversary Complaint under 11 U.S.C. §§ 523(a)(2)(A) and 523(a)(6), asserting fraud and willful injury.

6.     Plaintiff has made these payments under protest solely to preserve credit, and now seeks protection from further financial harm.

## III. ARGUMENT

7.     Under 11 U.S.C. § 105(a), the Court may issue any order necessary to prevent abuse of process and protect parties from ongoing harm.

8.     Continued withdrawals by Sunnova for a nonfunctional system constitute unjust enrichment and violate principles of equity.

9.     These withdrawals impose irreparable harm on Plaintiff, including financial instability, overdraft fees, and emotional distress.

10.     Enjoining further withdrawals will preserve the status quo while the adversary proceeding is pending and prevent further injury.

## IV. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that the Court:

A. Enter an order enjoining Sunnova Energy International Inc. from initiating or continuing automatic withdrawals from Plaintiff's bank account;

B. Grant such other and further relief as the Court deems just and proper.

Dated: August 16, 2025

Respectfully submitted,

Jose Romero, Pro Se Plaintiff

2416 East 21st Street

Oakland, California   94601

510-599-1046 / emily1317@gmail.com

3

# EXHIBIT A

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| | ) | |
| SUNNOVA ENERGY INTERNATIONAL INC., et al., | ) | Case No. 25-90160 (APR) |
| | ) | |
| Debtors, | ) | (Jointly Administered) |
| | ) | |
| | ) | |
| Jose Romero, | ) | |
| | ) | |
| Plaintiff, | ) | Adv. Pro. No 25-03606 (ARP) |
| | ) | |
| v. | ) | |
| | ) | |
| Sunnova Energy International Inc., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## DECLARATION OF JOSE ROMERO
## IN SUPPORT OF MOTION TO ENJOIN FURTHER WITHDRAWALS

I, Jose Romero, declare under penalty of perjury:

1. I am the Plaintiff in the above captioned adversary proceeding, appearing pro se.

2. I entered into a solar energy contract with Sunnova in September 2022, for a system installed at my residence.

3. The system has been nonfunctional since 2022, and has never produced usable energy.

4. Despite this, Sunnova has continued to withdraw monthly payments from my bank account.

5. I have paid for traditional electric service during this time, resulting in double utility costs.

6. I filed a Proof of Claim and Adversary Complaint asserting fraud and willful injury under 11 U.S.C. §§ 523(a)(2)(A) and 523(a)(6).

7. I have made payments under protest solely to preserve my credit.

8.  I respectfully request that the Court enjoin further withdrawals to prevent continued financial harm.


Executed on August 16, 2025
Oakland, California


Signature: _____
Jose Romero
Pro Se Plaintiff

# EXHIBIT B

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| | ) |
| SUNNOVA ENERGY INTERNATIONAL INC., et al., | ) Case No. 25-90160 (APR) |
| | ) |
| Debtors, | ) (Jointly Administered) |
| | ) |
| Jose Romero, | ) |
| | ) |
| Plaintiff, | ) Adv. Pro. No 25-03606 (ARP) |
| | ) |
| v. | ) |
| | ) |
| Sunnova Energy International Inc., | ) |
| | ) |
| Defendant. | ) |

## [PROPOSED] ORDER GRANTING MOTION TO ENJOIN FURTHER WITHDRAWALS

AND NOW, upon consideration of the Motion to Enjoin Further Withdrawals filed by Plaintiff Jose Romero, and the Declaration in support thereof, the Court finds that good cause exists to grant the relief requested.

IT IS HEREBY that Plaintiff's Motion is GRANTED.

IT IS FURTHER ORDERED that Sunnova Energy International Inc. is ENJOINED from initiating or continuing automatic withdrawals from Plaintiff's bank account pending resolution of the adversary proceeding.

IT IS FURTHER ORDERED that this Order shall remain in effect unless modified by further order of the Court.

AND IT IS SO ORDERED.

Dated:_____, 2025.


_____
ALFREDO R. PEREZ
UNITED STATES BANKRUPTCY JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2025, I served a true and correct copy of the foregoing Motion to Enjoin Further Withdrawals, including all exhibits and proposed order, by first-class U.S. mail, postage prepaid, to the following parties:

**Debtors' Counsel:**
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022

**Debtors' Claims Agent:**
Kroll Restructuring Administration LLC
Attn: Sunnova Claims Processing
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

**Office of the United States Trustee:**
515 Rusk Street, Suite 3516
Houston, TX 77002

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 16, 2025
Oakland, California

Signature: _____
Jose Romero
Pro Se Plaintiff