United States Bankruptcy Court
Southern District of Texas

**ENTERED**

September 25, 2025

Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SUNNOVA ENERGY INTERNATIONAL INC., *et al.*,[1] | ) | Case No. 25-90160 (ARP) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |
| JOSE ROMERO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. Proc. No. 25-03606 |
| | ) | |
| SUNNOVA ENERGY INTERNATIONAL INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**STIPULATION AND AGREED ORDER STAYING ADVERSARY PROCEEDING**

This Stipulation and Agreed Order is entered into by and among Jose Romero ("Plaintiff")

and Sunnova Energy International Inc. ("Defendant," and, together with Plaintiff, the "Parties").

The Parties agree as follows:

**WHEREAS**, on July 31, 2025, Plaintiff filed the *Complaint to Determine*

*Nondischargeability of Debt Under 11 U.S.C. §§ 523(a)(2)(A) and 523(a)(6)* [Adv. Docket No. 1]

(the "Complaint") initiating the above-captioned adversary proceeding (the "Adversary

Proceeding"); and

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Sunnova. The location of Debtor Sunnova Energy International Inc.'s corporate headquarters and the Debtors' service address in these chapter 11 cases is 20 East Greenway Plaza, Suite 540, Houston, Texas 77046.

1

**WHEREAS**, on August 22, 2025, Plaintiff filed the *Motion to Enjoin Further Withdrawals to the Honorable United States Bankruptcy Judge* [Adv. Docket No. 6] (the "Motion") in the above-captioned adversary proceeding; and

**WHEREAS** the Parties have reached a resolution of the issues raised in the Complaint and desire additional time to implement the resolution without incurring additional fees and expenses in connection with the Adversary Proceeding.

**IT IS THEREFORE ORDERED THAT:**

1.     The Adversary Proceeding shall be stayed until further order of the Court.

2.     Any Party may move to lift the stay for good cause shown.

3.     Defendant's respective deadlines to respond to the Complaint and the Motion shall be abated.  Defendant will respond to the Complaint and the Motion within seven (7) days after the abatement is terminated.

4.     The Parties reserve any and all rights, claims, and defenses with respect to the Adversary Proceeding and the above-captioned chapter 11 cases, including with respect to any pending motion in the chapter 11 cases, and nothing herein shall be construed as a waiver of any right, claim, or defense that a Party may have in the Adversary Proceeding or the chapter 11 cases.

Signed: September 25, 2025

_____
Alfredo R Pérez
United States Bankruptcy Judge

AGREED AS TO FORM AND SUBSTANCE:

Houston, Texas
September 24, 2025

/s/ *Jonathan L. Lozano*

| | |
|---|---|
| **BRACEWELL LLP** | **KIRKLAND & ELLIS LLP** |
| Jason G. Cohen (TX Bar No. 24050435) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Jonathan L. Lozano (TX Bar No. 24121570) | Anup Sathy, P.C. (admitted *pro hac vice*) |
| 711 Louisiana Street, Suite 2300 | 333 West Wolf Point Plaza |
| Houston, Texas 77002 | Chicago, Illinois 60654 |

**BRACEWELL LLP**
Jason G. Cohen (TX Bar No. 24050435)
Jonathan L. Lozano (TX Bar No. 24121570)
711 Louisiana Street, Suite 2300
Houston, Texas 77002
Telephone:     (713) 223-2300
Facsimile:      (800) 404-3970
Email:           jason.cohen@bracewell.com
                     jonathan.lozano@bracewell.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Anup Sathy, P.C. (admitted *pro hac vice*)
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:      (312) 862-2200
Email:           anup.sathy@kirkland.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Brian Schartz, P.C. (TX Bar No. 24099361)
Ciara Foster (admitted *pro hac vice*)
Margaret Reiney (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:     (212) 446-4800
Facsimile:      (212) 446-4900
Email:           brian.schartz@kirkland.com
                     ciara.foster@kirkland.com
                     margaret.reiney@kirkland.com

*Co-Counsel to the Debtors*
*and Debtors in Possession*

*Co-Counsel to the Debtors*
*and Debtors in Possession*

**-and-**

/s/ *Jose Romero*

Jose Romero
Pro Se Plaintiff
2416 East 21st Street
Oakland, California 94601
Emilyr1317@gmail.com

3